IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT and
JOSEPH HOEFT,

          Plaintiffs,                       ORDER

          v.                              11-cv-390-wmc

MATT SCHERREL and
DAVE SCHULTZ,

          Defendants.

      On November 6, 2012, this court granted the plaintiffs (Richard Hoeft and Joseph Hoeft) leave to proceed *in forma pauperis* with their claim that the defendants (Matt Scherrel and Dave Schultz) violated their Fourth Amendment rights by conducting unreasonable searches of their vehicles. In that same order, the court denied Richard Hoeft leave to proceed with his claim that the defendants used excessive force against him. Richard Hoeft has filed a notice of appeal. (Dkt. # 16.) To date, however, he has neither paid the appellate docketing fee ($455.00) nor submitted a properly supported motion for leave to proceed *in forma pauperis* on appeal in compliance with 28 U.S.C. § 1915(a)(1). Accordingly,

      IT IS ORDERED that:

      1.    Plaintiff Richard Hoeft is ORDERED to pay the appellate docketing fee ($455.00) or file a properly supported motion for leave to proceed *in forma*

1

*pauperis* within ten (10) days of the date of this order.

2. The clerk of court is directed to STAY and administratively close this case pending the outcome of plaintiff Richard Hoeft's appeal.

Entered this 12th day of December, 2012.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge