IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

          Plaintiff,

v.

DAVE SCHULTZ AND AT LEAST
ONE JOHN DOE AND JANE DOE,

          Defendants.

ORDER

11-cv-390-wmc

Plaintiff Richard Hoeft failed to appear (telephonically) for the August 30, 2013, preliminary pretrial conference in this case.

Plaintiff has until September 13, 2013, in which to advise the court whether he intends to pursue this lawsuit. If plaintiff fails to respond to this order by September 13, 2013, then the court will enter an order dismissing the lawsuit as it presently exists without prejudice for plaintiff's failure to prosecute it.

Entered this 5th day of September, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge