IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD HOEFT and
JOSEPH HOEFT,

        JUDGMENT IN A CIVIL CASE

    Plaintiff,

        Case No. 11-cv-390-wmc

v.

MATT SCHERREL and DAVE SCHULTZ,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Richard Hoeft's failure to prosecute.

_____       _10-1-2013_
Peter Oppeneer, Clerk of Court          Date