U.S District court
W.D. Wisconsin.

DOC NO
REC'D/FILED
2013 OCT 31 AM 11:34
PETER OPPENEER
CLERK US DIST COURT
W.D. OF WI

Richard Hoeft

v.                                Case no 11 cv 390

Matt Sherrell and
David Schultz

## Notice of Appeal

Richard Hoeft appeals to the U.S.
court of Appeals 7th circuit dismissing
his case on Oct. 9, 2013 from J Conley.

Dated Oct 24, 2013

Richard Hoeft
P.O. Box 462
Park Falls, Wis.
54552