U.S. District Court
W.D. Wisconsin.

DOC NO
REC'D/FILED
2013 OCT 31  AM 11:34
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Richard Hoeft

V                                    Case no  11 CV 390

Matt Sherrell and
David Schultz


        Notice of Appeal


Richard Hoeft appeals to the U.S.
court of Appeals 7th circuit dismissing
his case on Oct 9, 2013 from J Conley



Dated Oct 24, 2013

                        Richard Hoeft
                        P.O. Box
                        462
                        Park Falls, Wis.
                                54552